UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLIN-CONROY WILLIAM, | : |
| Petitioner, | : Civ. No. 17-4185 (RBK) |
| v. | : |
| G. RUFFIN, | : **MEMORANDUM AND ORDER** |
| Respondent. | : |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Federal Rule of Civil Procedure 11(a) requires every pleading, written motion and other paper to be signed by at least one attorney of record, or by a party personally if the party is unrepresented. In this case, petitioner is proceeding *pro se* and did not sign the habeas petition. Therefore, this matter will be administratively terminated for petitioner's failure to sign the habeas petition. Petitioner shall be given thirty days in which to submit a signed habeas petition. Furthermore, petitioner is encouraged to refile his signed habeas petition on the form provided to him by the Clerk.

Accordingly, IT IS this   6th   day of July, 2017,

ORDERED that this matter is administratively terminated as petitioner did not sign his habeas petition; and it is further

ORDERED that petitioner may move to reopen this case by filing a complete signed habeas petition within thirty (30) days of the date of this order; and it is further

ORDERED that the Clerk shall serve this order and an accompanying blank form petition for writ of habeas corpus under 28 U.S.C. § 2241 on petitioner by regular U.S. mail.

        s/Robert B. Kugler
        ROBERT B. KUGLER
        United States District Judge